UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

RONALD DEON LEE,

    Petitioner,

v.                                                   Case No. 5:21cv117-TKW-HTC

RICKY D DIXON,

    Respondent.
_____/

## **ORDER**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 18) and Petitioner's objections (Doc. 21). The Court reviewed the issues raised in the objections de novo as required by 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(b)(3), and based on that review, the Court agrees with the magistrate judge's determination that Petitioner's §2254 habeas petition should be denied on the merits without an evidentiary hearing. The Court also agrees that a certificate of appealability should be denied. Accordingly, it is

**ORDERED** that:

    1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

    2.     The habeas petition challenging the conviction in *State v. Lee*, 2011-CF-1251, in Bay County, Florida, is **DENIED**.

3.   A certificate of appealability is **DENIED**.

4.   The Clerk shall enter judgment in accordance with this Order and close the file.

**DONE and ORDERED** this 13th day of April, 2023.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**